UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO: 22-cv-61362-WPD

IN RE:

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN'JUMP

RELATED BANKRUPTCY CASE NO:
20-19106-SMG

Debtor,
_____/

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN'JUMP

ADVERSARY NO.: 19-01230-SMG

Plaintiff/Appellant,

v.

MDG POWERLINE HOLDINGS, LLC,
and XBK MANAGEMENT LLC, d/b/a
XTREME ACTION PARK,

Defendants/Appellees.
_____/

## DEFENDANT/APPELLEE MDG POWERLINE HOLDINGS, LLC'S
## NOTICE OF RELATED CASE

Defendant/Appellee MDG POWERLINE HOLDINGS, LLC ("MDG Powerline"), pursuant to Rule 3.8 of the Local Rules of the United States District Court for the Southern District of Florida, hereby provides notice to the Court that this case is related to *Seven Stars on the Hudson Corp. v. MDG Powerline Holdings, LLC, et al.*, Case No. 22-CV-60299-RAR, pending before U.S. District Judge Rodolfo A. Ruiz. Case No. 22-CV-60299-RAR is, like this case, a bankruptcy appeal arising from the same adversary proceeding in Bankruptcy Court as this matter, Bankruptcy Case No. 19-01230-SMG.

Date: August 23, 2022.

Respectfully submitted,

By: /s/ Scott A. Hiaasen
Scott A. Hiaasen, Florida Bar No.: 103318
shiaasen@coffeyburlington.com
lperez@coffeyburlington.com
service@coffeyburlington.com
**COFFEY BURLINGTON, P.L.**
2601 South Bayshore Drive, Penthouse One
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261
*Counsel for Defendant/Appellee MDG Powerline Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on August 23, 2022, on all counsel or parties of record on the below/attached Service List.

/s/ Scott A. Hiaasen
Scott A. Hiaasen

## Service List

| | |
|---|---|
| **Kathleen A. Daly, Esq.**<br>Law Office of Kathleen A. Daly, P.A.<br>515 North Flagler Drive<br>Suite P300<br>West Palm Beach, Florida 33401<br>Telephone: (561) 293-8514<br>kdaly@kadalylaw.com<br>*Counsel for Debtor/Plaintiff* | **Kai Jacobs, Esq.**<br>Kai Jacobs, P.A.<br>2222 Ponce de Leon Blvd.<br>Coral Gables, Florida 33134<br>Telephone: (305) 768-9846<br>kj@sflblg.com<br>assistant@sflblg.com<br>*Counsel for XBK Management LLC* |
| **Jeffrey I. Snyder, Esq.**<br>BILZIN SUMBERG BAENA PRICE & AXELROD LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, Florida 33131<br>Telephone: (305) 374-7580<br>jsnyder@bilzin.com<br>*Counsel for Defendant/Appellee MDG Powerline Holdings, LLC* | |