UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SEVEN STARS ON THE HUDSON
CORPORATION, d/b/a ROCKIN' JUMP,

    Plaintiff-Appellant,

v.

MDG POWERLINE HOLDINGS, LLC
AND XBK MANAGEMENT LLC,
d/b/a XTREME ACTION PARK,

    Defendants-Appellees.

Docket No. 22-cv-61362

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023**

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the above-captioned appeal is voluntarily dismissed pursuant to Federal Rule of Bankruptcy Procedure 8023.

Each party shall bear its own costs including attorneys' fees.

.Dated: November 7, 2022

STIPULATED AND AGREED TO BY:

| LAW OFFICE OF KATHLEEN A. DALY, P.A. | BILZIN SUMBERG BAENA PRICE & AXELROD LLP |
|---|---|
| *Kathleen A. Daly*<br>Kathleen A. Daly | *Jeffrey Snyder*<br>Jeffrey Snyder |
| 515 N. Flagler Dr., Ste. P300<br>West Palm Beach, FL 33401<br>Tel: (917) 301-2437<br>Fax: (800) 395-8692<br>Email: kdaly@kadalylaw.com | 1450 Brickell Ave 23rd Floor<br>Miami, FL 33131<br>Tel: (305) 375-6148<br>Fax: (305) 251-2241<br>Email: jsnyder@bilzin.com |
| *Counsel for Plaintiff-Appellant* | - And – |

| | |
|---|---|
| *Seven Stars on the Hudson Corporation* | COFFEY BURLINGTON, P.L.<br><br>__Scott Hiaasen_____<br>Scott Hiaasen<br><br>2601 South Bayshore Drive, Penthouse One<br>Miami, FL 33133<br>(305) 858-2900<br>Email: shiaasen@coffeyburlington.com<br><br>*Counsel for Defendant*<br>*MDG Powerline Holdings, LLC* |
| | SOUTH FLORIDA BUSINESS LAW GROUP<br><br>*/s/ Kai Jacobs*<br>Kai E. Jacobs<br><br>2222 Ponce de Leon Blvd., Ste 300<br>Coral Gables, FL 33134<br>Tel: (305) 768-9846<br>Email: kj@sflblg.com<br><br>*Counsel for Defendant*<br>*XBK Management, LLC d/b/a Xtreme Action Park* |